UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GRACE ADAMS, et al.,

                Plaintiffs,

      -v-                                   12-cv-04640 (KAM) (LB)

US BANK, NA, et al.,

                                              **AFFIDAVIT OF SERVICE**

                Defendants.
------------------------------------------------------------x

State of New York  )
                       ss.:
County of New York )

    Lisa Fried, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age, reside in New York County, New York and am employed by Hogan Lovells US LLP.

    On the 5th of October, 2012, I caused a true and correct copy of the Notice Of Motion, Defendant Wells Fargo Bank N.A.'s Memorandum In Support Of Its Motion to Dismiss, Declaration of Sarah J. Gregory In Support of Defendant Wells Fargo Bank, N.A.'s Motion To Dismiss, and Notices of Appearance for David Dunn, Lisa J. Fried, and Sarah J. Gregory to be served by first class mail upon:

Grace Adams
829 Langdon Court
Rochester Hills, MI 48307
*Plaintiff, Pro Se*

John Crockett
24 Sol Drive
Carmel, NY 10512
*Plaintiff, Pro Se*

Humza AL-Hafeez
361 Clinton Ave
Apt 4C
Brooklyn, NY 11238
*Plaintiff, Pro Se*

Ronald L. Kerkstra
875 Hess Lake Drive
Grant, MI 49327
*Plaintiff, Pro Se*

Patricia Crenshaw
20964 Lujon Drive
Farmington Hills, MI 48167
*Plaintiff, Pro Se*

Matthew Cruise
11403 Darlington Avenue
Bakersfield, CA 93312
*Plaintiff, Pro Se*

Barbara Cruise
11403 Darlington Avenue
Bakersfield, CA 93312
*Plaintiff, Pro Se*

Cathryn Lafayette
44 Milton Drive
Covington, GA 30016
*Plaintiff, Pro Se*

Ruthann Fitzgibbons
24 Woodlawn Road
Hadley, MA 01035
*Plaintiff, Pro Se*

Patrick Fitzgibbons
24 Woodlawn Road
Hadley, MA 01035
*Plaintiff, Pro Se*

Marilyn Judah
3 French Street
Hadley, MA 01035
*Plaintiff, Pro Se*

On the 5th of October, 2012, I caused a true and correct copy of the Letter to Judge Matsumoto, dated October 5, 2012, to be served by first class mail upon:

Grace Adams
829 Langdon Court
Rochester Hills, MI 48307
*Plaintiff, Pro Se*

Patricia Crenshaw
20964 Lujon Drive
Farmington Hills, MI 48167
*Plaintiff, Pro Se*

John Crockett
24 Sol Drive
Carmel, NY 10512
*Plaintiff, Pro Se*

Matthew Cruise
11403 Darlington Avenue
Bakersfield, CA 93312
*Plaintiff, Pro Se*

Humza AL-Hafeez
361 Clinton Ave
Apt 4C
Brooklyn, NY 11238
*Plaintiff, Pro Se*

Barbara Cruise
11403 Darlington Avenue
Bakersfield, CA 93312
*Plaintiff, Pro Se*

Ronald L. Kerkstra
875 Hess Lake Drive
Grant, MI 49327
*Plaintiff, Pro Se*

Cathryn Lafayette
44 Milton Drive
Covington, GA 30016
*Plaintiff, Pro Se*

Ruthann Fitzgibbons
24 Woodlawn Road
Hadley, MA 01035
*Plaintiff, Pro Se*

Patrick Fitzgibbons
24 Woodlawn Road
Hadley, MA 01035
*Plaintiff, Pro Se*

Marilyn Judah
3 French Street
Hadley, MA 01035
*Plaintiff, Pro Se*

Edward C. Cutlip, Jr.
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
313-961-0200
ecutlip@kerr-russell.com
*Attorney for Defendant US Bank, NA and Mortgage Electronic Registration Systems, Inc. (MERS)*

Daniel Ginzburg
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102
973-424-2000
Fax: 973-424-2001
Email: dginzburg@duanemorris.com
*Attorney for Defendant US Bank, NA and Mortgage Electronic Registration Systems, Inc. (MERS)*

Jason Braiman
Goodwin Procter LLP
620 8th Ave
NY Times Building
New York, NY 10018
212-813-8800
Fax: 212-355-3333
Email: jbraiman@goodwinprocter.com
*Attorney for Bank of America, N.A.*

BJ Phoenix Finneran
Zeichner, Ellman & Krause
575 Lexington Avenue
New York, NY 10022
212-223-0400
Fax: 212-753-0396
Email: bjfinneran@zeklaw.com
*Attorney for Federal National Mortgage Association*

On the 5th of October, 2012, I caused a true and correct copy of the Notice Of Motion, Defendant Wells Fargo Bank N.A.'s Memorandum In Support Of Its Motion to Dismiss, Declaration of Sarah J. Gregory In Support of Defendant Wells Fargo Bank, N.A.'s Motion To Dismiss, and Notices of Appearance for David Dunn, Lisa J. Fried, and Sarah J. Gregory to be served by electronic mail upon:

Daniel Ginzburg
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102
973-424-2000
Fax: 973-424-2001
Email: dginzburg@duanemorris.com
*Attorney for Defendant US Bank, NA and Mortgage Electronic Registration Systems, Inc. (MERS)*

Edward C. Cutlip, Jr.
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
313-961-0200
ecutlip@kerr-russell.com
*Attorney for Defendant US Bank, NA and Mortgage Electronic Registration Systems, Inc. (MERS)*

Jason Braiman
Goodwin Procter LLP
620 8th Ave
NY Times Building
New York, NY 10018
212-813-8800
Fax: 212-355-3333
Email: jbraiman@goodwinprocter.com
*Attorney for Bank of America, N.A.*

BJ Phoenix Finneran
Zeichner, Ellman & Krause
575 Lexington Avenue
New York, NY 10022
212-223-0400
Fax: 212-753-0396
Email: bjfinneran@zeklaw.com
*Attorney for Federal National Mortgage Association*

_____
Lisa Fried

Sworn to before me this

2 day of November, 2012

_____
Notary Public

LEAH RABINOWITZ
Notary Public, State of New York
No. 02RA6238071
Qualified in Kings County
Commission Expires March 28, 2015