UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
GRACE ADAMS, et al.,                                       :
                                                           :
                    Plaintiffs,                            :
                                                           :
            -v-                                            :   12-cv-04640 (KAM) (LB)
                                                           :
US BANK, NA, et al.,                                       :
                                                           :   **AFFIDAVIT OF SERVICE**
                    Defendants.                            :
---------------------------------------------------------- x

State of New York    )
                     ss.:
County of New York   )

      Darya Battelle, being duly sworn, deposes and says:

      I am not a party to this action, am over 18 years of age, reside in New York County, New York and am employed by Hogan Lovells US LLP.

      On the 14th of January, 2013, I served by first class mail a copy of the Docket Entry reflecting Order Regarding Docket No. 79, Letter to Judge Matsumoto and Magistrate Judge Bloom by Wells Fargo, N.A. upon:

Grace Adams
829 Langdon Court
Rochester Hills, MI 48307

John Crockett
24 Sol Drive
Carmel, New York 10512

Humza Al-Hafeez
361 Clinton Avenue, Apt. 4C
Brooklyn, NY 11238

Ronald L. Kerkstra
875 Hess Lake Drive
Grant, MI 49327

Matthew Cruise
11403 Darlington Avenue
Bakersfield, CA 93312

Barbara Cruise
11403 Darlington Avenue
Bakersfield, CA 93312
 Cathryn Lafayette
 440 Milton Dr.
 Covington, GA 30016

Patricia Crenshaw
20964 Lujon Drive
Farmington Hills, MI 48167

Marilyn Judah
3 French Street
Hadley, MA 01035

Arzel L. Foster III
P.O. Box 35322
Detroit, MI 48235-0322

Clarence Matthews
2980 Deleher Court SE
Atlanta, GA 30316

Gregory L. Lambert
4848 Buchliln,
Lithonia, GA 30038

Emma Brathwaite
213 Winthrop Lane
McDonough, GA 30253

Carole Line Koumba
30 Stonebrook Place
Lawrenceville, GA 30043

Cosmas Martial Medouovono
30 Stonebrook Place
Lawrenceville, GA 30043

Myron Banks
36840 Dartmouth Drive
Westland, MI 48185

Carla Banks
36840 Dartmouth Drive
Westland, MI 48185

Muslim Muhammad
2980 Deleher Court SE
Atlanta, GA 30316

Mary Muhammad
2980 Deleher Court SE
Atlanta, GA 30316

Carlota Aneiro
130 Clara Street
Brooklyn, NY 11218

_____
Darya Battelle

Sworn to before me this
14th da of January, 2013

Not _ P  lic

AFIYA M. JORDAN
Notary Public, State of New York
No. 02JO6265 40
Qualified in Kings County
My Commission Expires July 9, 20 6