**CLERK OF U.S. DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



049J82022196

$00.45⁰
10/25/2012
Mailed From 11201
US POSTAGE

Ronald L. Kerkstra
875 Hess Lake Drive
Grant, MI 49327

```
                    482 N7E 1 113C 00 01/08/13
                    RETURN TO SENDER
               KERKSTRA
                    MOVED LEFT NO ADDRESS
                    UNABLE TO FORWARD
                    RETURN TO SENDER
49327902975    BC: 11201183299    *1909-08009-25-38
 11201@1832
```