UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GRACE ADAMS,                        12CV4640 and 12CV4646

      Plaintiff,

                                    "MASS JOINDER"

-v-                        "JURY TRIAL DEMANDED"

US BANK, NA, ND,
SPRINGLEAF FINANCIAL SERVICE/AIG,
  (formerly Wilmington Finance a division of AIG),
Trott & Trott, PC, et al.

      Defendants.

_____/

## PLAINTIFFS

Pursuant to the Courts Order below are the plaintiffs in this case.

GRACE ADAMS
829 Langdon Court
Rochester Hills, MI 48307
(248) 651-7758
graccointern@msn.com

HUMZA AL-HAFEEZ
361 Clinton Avenue, Apt. 4C
Brooklyn, NY 11238
718-638-2403
alhafeez@earthlink.net

CATHERYN LAFAYETTE
440 Milton Dr.
Covington, GA 30016
770-572-7368
lafayettemedical@yahoo.com

RONALD L. KERKSTRA
1717 Hess Lake Drive
Grant, MI 49327

231-303-2152
dustyhere@gmail.com

MATTHEW CRUISE
11403 Darlington Avenue
Bakersfield, CA 93312
661-829-2500
cru1935@hotmail.com

BARBARA CRUISE
11403 Darlington Avenue
Bakersfield, CA 93312
661-829-2500
cru1935@hotmail.com

PATRICIA CRENSHAW
20964 Lujon Drive,
Farmington Hills, MI 48167
g_crenshaw@sbcglobal.net

JOHN CROCKETT
24 Sol Drive
Carmel, New York 10512
Chuck@alphamagic.org

ARZEL L. FOSTER, III
P.O. Box 35322
Detroit, MI 48235
313-334-2434
aconstruction32@gmail.com

CLARENCE MATTHEWS (RE: Property Address: 2980 Deleher Court, SE; Atlanta, GA 30316)
New Mailing Address: 528 DASH LEWIS DR
DECATUR GA 30034
cmatt2976@gmail.com
404-781-8345

MUSLIM MUHAMMAD (RE: Property Address: 2980 Deleher Court, SE; Atlanta, GA 30316)
New Mailing Address: 528 DASH LEWIS DR
DECATUR GA 30034
cmatt2976@gmail.com
404-781-8345

MARY MUHAMMAD (RE: Property Address: 2980 Deleher Court, SE; Atlanta, GA 30316)
New Mailing Address: 528 DASH LEWIS DR
DECATUR GA 30034
cmatt2976@gmail.com
404-781-8345

EMMA BRATHWAITE
213 Winthrop Lane
McDonough, GA 30253
ebrat213@gmail.com
678-208-5713

CAROLE LINE KOUMBA
30 STONEBROOK PL
LAWRENCEVILLE, GA 30043-2936
getoxygen@gmail.com
404-552-3701

COSMAS MARTIAL MEDOUOVONO
30 STONEBROOK PL
LAWRENCEVILLE, GA 30043-2936
getoxygen@gmail.com
404-552-3701

ESTATE OF CLORD DAVIS
c/o Francine A. Davis
606 LIBERTY STREET
AURORA, ILLINOIS 60505
gigidavis34@yahoo.com
630-809-0155

BOONNUANG P. KALOF
1640 NW 10TH AVENUE
HOMESTEAD, FLORIDA 33030
nateekalof@gmail.com
786-295-7720

Dated: September 18, 2013

Respectfully submitted,

_____
Grace Adams, Pro Se
829 Langdon Court
Rochester Hills, MI 48307

(248) 651-7758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of September, 2013, I filed with this Court Plaintiffs' names and addresses in the Court, and sent the foregoing documents by postal mail to the following:

**Defendant Attorney**

Weltman, Weinberg & Reis, CO., LPA
By Stuart A. Best (P40744) Bill M. Clos (P65113)
2155 Butterfield Road, Suite 200 S, Troy, MI 48084
(248) 502-6115

Kerr Russell
By Edward C. Cutlip, Jr.,
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226

Trott & Trott, PC
31440 Northwestern Highway, Suite 200,
Farmington Hill, MI 48334